## Commonwealth *v.* Cochran, Appellant.

Argued June 14, 1974. *Martin N. Ghen*, for appellant; *Mark Sendrow*, Assistant District Attorney, with him *David Richman*, Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.